

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-18-00899-CV

Jennifer L. **ZUNIGA**, Individually and as Judgment Creditor and on Behalf of Christopher J. Medina,
Appellants

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE CO.**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI11445
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The second motion for extension of time to file appellant's brief is hereby GRANTED. Time is extended to February 22, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court